UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-MJ-02091-ELFENBEIN

UNITED STATES OF AMERICA

v.

EDWARD EBERWINE,

    Defendant.
_____/

FILED BY ____OG____ D.C.

Jan 16, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:    /s/ Anthony Espino Reynolds
Anthony Espino Reynolds
Assistant United States Attorney
Florida Bar No. 118876
United States Attorney's Office
99 Northeast Fourth Street
Miami, FL 33132-2111
Telephone (305) 961-9389
Facsimile (305) 530-7976
Anthony.Reynolds@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 26-MJ-02091-ELFENBEIN |
| Edward Eberwine, | ) | |
| | ) | |
| | ) | |
| *Defendant.* | | |

**CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 15, 2026** in the county of **Miami-Dade** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) and (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*  Badge No. 10382

Isaiah Pennyfeather, Special Agent HSI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by **Face Time**

Date: January 16, 2026

*Judge's signature*

City and state: Miami, Florida   Honorable Marty Fulgueira Elfenbein, United States Magisrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Isaiah Pennyfeather, having been first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed since January 2023. Thus, I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of federal law, including the offenses enumerated in Titles 8, 18, 19 and 21 of the United States Code.

2. I am currently assigned to the HSI Special Victims Group and the South Florida Human Trafficking Task Force in the HSI Miami Office. My duties include the investigation of crimes involving sex trafficking, labor trafficking, child exploitation, CSAM distribution, and CSAM production. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in human trafficking and child exploitation investigations and have executed search warrants that have led to the recovery and identification of victims.

3. I submit this affidavit for the limited purpose of establishing probable cause that **Edward Eberwine** ("EBERWINE"), on or about January 15, 2026, in the Southern District of Florida, violated Title 18, United States Code, Section 2252(a)(4)(B), Possession of Child Pornography. The statements contained in this affidavit are based upon my personal knowledge, as well as on information provided to me by other law enforcement officers. This affidavit does not include every fact and circumstance known to me, but only facts and circumstances that I

believe are sufficient to establish probable cause.

## PROBABLE CAUSE

4.      On or about January 15, 2025, EBERWINE entered the United States at Miami International Airport, via American Airlines Flight Number AA2273, from Puerto Plata, Dominican Republic. EBERWINE was selected for secondary inspection by U.S. Customs and Border Protection (CBP) officers.

5.      At secondary inspection, CBP officers inspected EBERWINE's personal property, including an Apple iPhone mobile phone and Apple laptop. EBERWINE told officers that he owned the devices and provided the passcode to unlock the Apple iPhone. He did not provide a passcode to unlock the Apple laptop.

6.      A CBP officer conducted a manual inspection of EBERWINE's Apple iPhone and discovered several videos of suspected child pornography located in chats within the Signal and Telegram applications.

7.      Your affiant previewed some of the video files located on the Signal application, which includes at least 50 videos and images depicting child pornography to include the following:

   a.      An approximately 3-minute 25-second video depicting a nude female, who appears to be between the ages of 7 and 9 years old with exposed genitalia being vaginally penetrated by a penis, dated on or about January 8, 2026;

   b.      An approximately 23-second video depicting a nude female, who appears to be between the ages of 7 and 11 years old with exposed genitalia masturbating, dated on or about January 8, 2026;

   c.      An approximately 52-second video depicting an adult male inserting a penis inside an infant's mouth, who appears to be between the ages of 7 to 14 months, dated on

or about January 8, 2026;

d.  An approximately 29-second video depicting an adult male inserting a penis inside an infant's mouth, who appears to be between the ages of 5 to 7 months, dated January 4, 2026;

e.  An approximately 10-second video depicting a male, who appears to be 3 to 4 years old performing oral sex on an adult male, dated November 26, 2024;

8.  The Telegram application was locked with a passcode. A CBP officer gained access to the Telegram application by guessing a passcode based on EBERWINE's birth year. Your affiant previewed some of the content in the Telegram application, which included thumbnails that appear to show images depicting child pornography.

9.  Law enforcement advised EBERWINE of his *Miranda* rights. EBERWINE stated that he understood his rights. EBERWINE elected to invoke his right to speak with law enforcement. Law enforcement concluded the interview.

## CONCLUSION

10.  Based on my training and experience, as further supported by the facts set forth in this affidavit, I respectfully submit that there is probable cause to believe that on or about January 15, 2026, in the Southern District of Florida, EBERWINE did knowingly violate Title 18, United

(*This Space Left Blank Intentionally*)

States Code, Section 2252(a)(4)(B), Possession of Child Pornography.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
ISAIAH PENNYFEATHER
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Attested to by the Applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime this  16th  day of January 2026.

_____
HONORABLE MARTY FULGUEIRA ELFENBEIN
UNITED STATES MAGISTRATE JUDGE

4